# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 05-14-00978-CR | OFFENSE: | OTHER CRIMINAL |
| STYLE: | Nicholas Davell Amos v. The State of Texas | COUNTY: | Dallas |
| COA DISPOSITION: | AFFIRM | TRIAL COURT: | 291st Judicial District Court |
| DATE: 03/31/2015 | Publish: NO | TC CASE #: | F-1341905-U |

## IN THE COURT OF CRIMINAL APPEALS

500-15 501-15 502-15 503-15 504-15 505-15

STYLE: Nicholas Davell Amos v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 08/26/2015

JUDGE: _Per Curiam_

CCA #: 500-15 501-15 502-15 503-15 504-15 505-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD